■ WEGMAN'S FOOD MARKETS, INC., Appellant, v. SAMUEL NORMAN, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court reversing a judgment of Rochester City Court for plaintiff. The judgment of reversal dismissed plaintiff's com-

plaint in an action in trespass by reason of defendant's truck propelling a piece of glass through plaintiff's window. The order reversed the judgment of City Court and directed dismissal of the complaint.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.